# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00841-CV

**In re Weldon Cowan**

## ORIGINAL PROCEEDING FROM BURNET COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Weldon Cowan has filed a pro se petition for writ of mandamus.  *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.  Based upon this record, his petition is denied. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (relator has burden of providing court with sufficient record to establish right to mandamus relief); *see also* Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding").

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Filed:   December 23, 2013